**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-02629-RM-MEH

WENDY FAULHABER, an individual,

        PLAINTIFF,

v.

WELD COUNTY SCHOOL DISTRICT RE-8 and
ALAN KAYLOR, an individual.

        DEFENDANTS.

---

**NOTICE OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT ALAN KAYLOR**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, WENDY FAULHABER, by and through her undersigned counsel, hereby files this Notice of Dismissal with Prejudice of all claims against Defendant, ALAN KAYLOR ("Defendant Kaylor"). This Notice is only with respect to the claims against Defendant Kaylor (Plaintiff's Eighth Claim for Relief: Tortious Interference with Contract) and does not affect Plaintiff's claims against Defendant Weld County School District Re-8. All costs and attorney fees shall be borne by the side that incurred them.

WHEREFORE, Plaintiff respectfully requests that her claim against Defendant Kaylor be dismissed with prejudice and that the Court terminate Defendant Kaylor as a party to this action.

Respectfully submitted on this 26th day of March, 2019.

                BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

*Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at Law, P.C.*

s/ *Kate W. Beckman*
Kate W. Beckman, Esq. #42416
1660 Lincoln Street, Suite 2330
Denver, Colorado 80264
(p) (303)424-4286 (f) (303)425-4013
Kate.Beckman@beklegal.com
ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2019, I electronically filed the foregoing **NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT ALAN KAYLOR** via CM/ECF Filer, and served upon counsel for Defendants addressed as follows:

Michael W. Schreiner, Esq.
1800 Broadway, Ste. 200
Boulder, Colorado 80301
(303) 443-8010
mschreiner@celaw.com
ATTORNEYS FOR DEFENDANTS

BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

*Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at Law, P.C.*

s/ *Kate W. Beckman*
Kate W. Beckman, Esq. #42416
1660 Lincoln Street, Suite 2330
Denver, Colorado 80264
(p) (303) 424-4286 (f) (303) 425-4013
Kate.Beckman@beklegal.com
ATTORNEYS FOR PLAINTIFF